UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CONNIE STEELMAN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   Case No. 4:12CV00475 SNLJ |
| J.C. PENNY CORPORATION, INC., | ) ) ) |
|     Defendant. | ) |

## ORDER OF DISMISSAL

Upon review of the Court file, plaintiff has failed to comply with the Court's order dated **October 1, 2013**. Rule 41(b) of the Federal Rules of Civil Procedure permits the Court to dismiss a case for failure to prosecute or to comply with a Court order.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED,** that plaintiff's complaint against defendant **J.C. Penny Corporation, Inc.** is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed.R.Civ.P.

Dated this 18th day of October , 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE